DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JA'MEKA THOMPSON,**
Appellant,

v.

**STARWOOD HOTELS, INC.,** a business entity,
**STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**
a limited liability company, and **AMANDA NGUYEN,** an individual,
Appellees.

No. 4D19-1564

[June 4, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-023391.

Chris Kleppin and Chelsea A. Lewis of Glasser & Kleppin, P.A., Plantation, for appellant.

Brian L. Lerner of Kim Vaughan Lerner LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***